USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/01/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JEFFERY WILLIAMS,

                          Plaintiff,

      -against-

FONDA OF CHEALSEA, LLC and
LANGER 189, LLC.,

                        Defendants.
-----------------------------------------------------------------X

**24-CV-9334 (VSB) (KHP)**

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Settlement filed on March 31, 2025 (doc. no 16) the Initial Case Management Conference currently scheduled for **April 9, 2025** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
              April 1, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge